FILED
CLERK, U.S. DISTRICT COURT

OCT 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL JONATHAN CRUZ,<br><br>                Petitioner,<br><br>     v.<br><br>KENNETH CLARK, et al.,<br><br>               Respondents. | Case No. EDCV 10-1257 CJC(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice.

      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 12, 2010

                              HONORABLE CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE